June 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

AMERICAN RISK INSURANCE COMPANY, INC., Appellant

NO. 14-13-00124-CV                     V.

AHMAD ABOUSWAY AND IBRAHIM ABOUSWAY, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Ahmad Abousway and Ibrahim Abousway, signed October 22, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to modify the attorney's fee award granted to appellees to $111,537.89.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellant, American Risk Insurance Company, Inc. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.